UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRACY A. MORRA, et al.,

    Plaintiffs,

v.                        Civil Action No. 10-11413-JLT

BREE KRASNIANSKI, et al.,

    Defendants.

ORDER

June 22, 2011

TAURO, J.

After a Scheduling Conference held on June 22, 2011, this court hereby orders that:

1. Defendant James Casey's Motion to Dismiss the Complaint as to Plaintiff Christopher Morra is WITHDRAWN with prejudice.

2. Defendant James Casey shall file an Answer to the Complaint by July 12, 2011.

3. Plaintiffs request for forty-one Keeper of Record subpoenas is ALLOWED.[1]

4. The Parties are permitted to conduct the following depositions:

    a. Plaintiffs: (1) Bree Krasnianski; (2) John Krasnianski; (3) James Casey; (4) George Xenakis; (5) a Rule 30(b)(6) representative of the Office of the Inspector General; (6) Curtis Wood; (7) a Rule 30(b)(6) representative of the CORI Board; (8) Michael Brady; (9) Steven O'Donnell; (10) a Rule 30(b)(6) representative of Bristol County Sheriff's Office.

    b. Defendants: (1) Christopher P. Morra; (2) Tracey A. Morra; (3) Michael

---

[1] See Plaintiffs' List of Proposed Deponents, 2–3 [#17].

Brady; (4) William Walker; (5) Keith Perry; (6) Mark Rossi; (7) Representative of Massachusetts Criminal History Systems Board; (8) Record Keeper of Massachusetts Criminal History Systems Board; (9) Dispatcher Honeycutt of the Rehoboth Police Department; (10) Steven Enos; (11) Record Keeper of Bristol County Agricultural High School; (12) Record Keeper of Massachusetts Department of Elementary and Secondary Education.

5. The above-listed depositions shall be completed by March 15, 2012.

6. A Further Conference will be held on April 3, 2012 at 12:30 p.m.

7. No further discovery is permitted without leave of this court.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge